IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| OLAKWESU Y. ELBEY, <br> IN RE: BILLY RAY STOWE, <br><br> Petitioner, <br><br> v. <br><br> WARDEN DEBORAH TONEY, <br><br> Respondent. | ) <br> ) <br> ) <br> ) <br> ) <br> )  CIVIL NO.: 2:20-CV-890-WHA-CSC <br> ) <br> ) <br> ) <br> ) |

## **ORDER**

On November 12, 2020, the Magistrate Judge entered a Recommendation to which no timely objections have been filed. Doc. 2. Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED, and this petition for habeas corpus relief is DENIED and this case is DISMISSED.

A Final Judgment will be entered separately.

Done, this 8th day of December 2020.

    /s/   W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE